TO: U.S. DEPARTMENT OF JUSTICE
REPRESENTATIVE OF THE ADMINISTRATIVE OFFSET NOTICE
WASHINGTON WESTERN
700 STEWART STREET SUITE 5220
SEATTLE, WA. 98101

FROM: Musab Masmari-USM: 44359-086
FEDERAL CORRECTIONAL INSTITUTION-MEMDOTA
P.O. Box. 9 Unit B-4
MENDOTA, CALIFORNIA. 93640

DATE: Dec. 13, 2014      CMR: 7014 0150 0000 5851 5477

RE: Musab Masmari -v- United States: 2:14-CR - 0122-1

REF: ADMINISTRATIVE OFFSET NOTICE AC: 2015A03131/001

## AFFIDAVIT

I Musab Masmari, do state and ever, that the facts contained herein are true, correct and complete to the best of my current belief, and first hand knowledge, duly sworn under the pains and penalties of perjury, pursaunt to the laws of the United States of America.

A judgment was pronounced on July 31, 2014 pursuant to case # 2:14-CR-0122-1 where not only I was punished to 120 months imprisonment but to $87,187,22 restitution.

On Oct. 20, 2014 the United States Department of Justice issued an administrative offset notice, where I was given 60 days to a) - pay such debt in full; b) - enter into a repayment agreement; c) - present evidence that all or part of the criminal or the civil judgment debt is not past due or that the judgment debt has been stayed or satisfied.

On August 1, 2014, defendant Masmari, not only filed an appeal for the criminal case, but for the civil action as well, for this stated reason Masmari cannot comply with the administrative offset notice, it is therefore Masmari standing to respectfully request to the United States Department of Justice to set -in- hold the Negotiable Instrument (Acn: # 2015A03131/001,) in question, until the pending Appeal 14-30155 be resolved. If there is any objections to my present request please notify me, so I can have an opportunity to properly resolve the same.

Thank you!

Executed this <u>13th,</u> day of December 2014

*[signature]*
───────────────────────
MUSAB MASMARI
Reg. No. 44359-086
FCI - Mendota
P.O. Box. 9 Unit B-4
Mendota, California. 93640

CC:  U.S. District Court Clerk
     700 Stewart Street Lobby Level
     Seattle, Washington. 98101

Musab Masmari - 44359-086
Federal Correctional Institution
Mendota PoBox 9 - Unit 04
Mendota CA 93640



FRESNO CA 936

16 DEC 2014 PM 1 L

44359-086
United States District
Court Clerk
700 Stewart ST
Seattle, WA 98101
United States