UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 03 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. MUSAB MOHAMMED MASMARI, Defendant - Appellant. | No. 14-30155 D.C. No. 2:14-cr-00122-RSM-1 U.S. District Court for Western Washington, Seattle **MANDATE** |

The judgment of this Court, entered July 17, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:
    Molly C. Dwyer
    Clerk of Court

    Jessica F. Flores
    Deputy Clerk